UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 16-2963-MWF(SSx)**                              Dated: **June 28, 2017**

Title:    Michael Rigby, et al. *-v-* Bed Bath and Beyond, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                    None Present

PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE

In light of the Notice of Settlement filed June 26, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **August 21, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**